# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MATTHEW S LANE**                                                           **PLAINTIFF**

**v.**                                    **Case No. 3:23-cv-00008-JTK**

**KILOLO KIJAKAZI,**                                                         **DEFENDANT**
**Acting Commissioner**
**Social Security**

## ORDER

Plaintiff Matthew Lane's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is GRANTED.

SO ORDERED THIS 8th day of February, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE