IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MATTHEW S LANE**                                                              **PLAINTIFF**

V.                                    No. 3:23-CV-00008-JTK

**KILOLO KIJAKAZI, Acting Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 21st day of November 2023.

_____
UNITED STATES MAGISTRATE JUDGE